UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Karen M. Williams |
| v. | : | Mag. No. 15-5554 (KMW) |
| ISIAH HEYWARD | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Matthew J. Skahill, Assistant U.S. Attorney), and defendant Isiah Heyward (by Rocco C. Cipparone, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter so that the defendant will have additional time to consult with his counsel and to review and inspect discovery, and so that the parties may continue to conduct plea negotiations, and the defendant being aware that he has the right to have this matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b), and the defendant also being aware that he has a right to proceed to trial within 120 days of his arrival and initial appearance in federal court under the Interstate Agreement on Detainers Act ("IADA"), and the defendant, through counsel, having consented to this continuance, and the defendant's counsel, on behalf of the defendant, having waived such right in open court through an on the record telephone conference call conducted by the Court in the courtroom, and the Government and the defendant's counsel being present by having participated in the on the record conference call, and all parties agreeing that this constitutes a waiver in open court as provided by the governing rules, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, through his counsel, has requested additional time to consult with counsel and review and inspect discovery;

(2) The United States and the defendant have jointly represented that the parties desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and

(4) Pursuant to the IADA, Article IV(c), good cause for this continuance request has been shown and this continuance request of the parties, including its length, to discuss plea negotiations and to allow the defendant time to consult with counsel and review and inspect discovery is reasonable and necessary.

IT IS, therefore, on this 8th day of February, 2017,

ORDERED that this action be, and it hereby is, continued under the Speedy Trial Act and the IADA from and including the date that this order is signed through and including April 10, 2017; and it is further

ORDERED that the period from and including the date that this order is signed through and including April 10, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that the time period from and including the date that this order is signed through and including April 10, 2017 shall be excludable in computing the 120 days within which the defendant is entitled to proceed to trial under the IADA.

HON. KAREN M. WILLIAMS
United States Magistrate Judge

Form and entry
consented to:

_____
Matthew J. Skahill
Deputy Attorney-in-Charge, Camden


Approved:

_____
R. Stephen Stigall
Attorney-in-Charge, Camden

s/ Rocco C. Cipparone, Esq.
_____
Rocco C. Cipparone, Esq.
Counsel for defendant Isiah Heyward